**CONSTITUTIONAL LAW CENTER for MUSLIMS in AMERICA**

October 28, 2021

Charles H. Kable
Director, Terrorist Screening Center
601 4th St. NW,
Washington, DC 20535

Dear Mr. Kable:

Please consider this letter as a written request under the Freedom of Information Act, 5 U.S.C. § 522a. We submit this request on behalf of our client, Ayman Fareh Soliman.

Enclosed is Mr. Soliman's signed Certification of Identity form, DOJ-361, authorizing the release of his personal information to his undersigned attorney. To help identify Mr. Soliman, his date of birth is 01/07/1974, his place of birth is Giza, Egypt, and his Egyptian passport number is A17303877.

We request disclosure of the following records prepared, received, transmitted and/or maintained by the Terrorist Screening Center relating to Ayman Fareh Soliman from January 1, 2010 to the present day:

- Records of communications from or to foreign partners about Mr. Soliman, including, but not limited to, biographic, biometric, and derogatory information;
- Records of encounters with Mr. Soliman received by or maintained by TSC;
- Intelligence Information Reports containing information about Mr. Soliman and the accompanying summaries;
- Records of queries by TSC to Fusion Centers about Mr. Soliman and the resulting information received;
- EMA records including information about Mr. Soliman and the accompanying terrorism information;
- Daily Summary Reports containing information about Mr. Soliman;
- Subject Matter Expert (SME) reports and guidance containing information on Mr. Soliman;
- Records of remote queries of the TSDB for Mr. Soliman;
- Records of requests to remove Mr. Soliman from the TSDB received by or maintained by TSC.

If any portion of this request is unclear, we would request and welcome the opportunity to clarify it. We will also welcome discussing a schedule for production.

1



We request that you provide all records electronically in their original file format. If possible, we also request that the records be provided in a text-searchable PDF format, in the best quality possible.

If this request is denied in whole or in part, we request that you please provide sufficient justification for all withholdings by reference to specific exemptions of FOIA along with explanations for the exemption's application to the requested information. Please provide all segregable portions of the otherwise withheld material. We reserve the right to appeal a decision to withhold any information.

Please send all records, as they become available, to the undersigned at cjump@clcma.org. If records are unavailable in electronic format, we ask that you send records to the following address, care of Ms. Christina Jump.

Constitutional Law Center for Muslims in America (CLCMA)
100 N. Central Expressway
Suite 1010
Richardson, TX 75080

We look forward to a response within the statutory period of 20 days and thank you for your assistance.

Sincerely,

Christina Jump
Civil Litigation Department Head
cjump@clcma.org