IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AYMAN FAREH SOLIMAN**, <br><br> *Plaintiff,* <br><br> v. <br><br> **THREAT SCREENING CENTER**, <br><br> *Defendant.* | **Civil Action No.:** 1:24-cv-00634-LLA |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Ayman Soliman hereby files this Notice of Appeal of this matter to the United States Court of Appeals for the District of Columbia Circuit. Plaintiff appeals based on the Order of this Court dismissing all claims dated March 31, 2025 (Doc. 22), and the Memorandum issued by this Court on the same date. Doc. 21.

Respectfully submitted this 23rd day of May 2025.

*/s/ Christina A. Jump*
Christina A. Jump
D.C. ID No. TX151
Samira Elhosary
D.C. Bar No. 90013901
Jinan Chehade
D.C. ID No. IL0131
cjump@clcma.org
selhosary@clcma.org
jinan.chehade@mlfa.org
Constitutional Law Center for
Muslims in America*
100 N. Central Expy, Suite 1010
Richardson, TX 75080
T: 972-914-2507
F: 972-692-7454
*Attorneys for Plaintiff*

*The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

***/s/Christina A. Jump***
Christina A. Jump
Attorney for Plaintiff
